THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RUDOLPH ROTHEL, Appellant.

*Appeal — failure to prosecute.*

People v. *Rothel*, 200 App. Div. 841, appeal dismissed.

(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1921, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of receiving stolen goods.

The motion was made upon the ground of failure to prosecute the appeal.

*Dana Wallace, District Attorney,* for motion.

No one opposed.

Motion granted.